7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Justin R. Reynolds and Lisa M. Reynolds
*Debtor*

*Bankruptcy Case No.*
12−62004−abf7

**J. Kevin Checkett**
    Plaintiff(s)

*Adversary Case No.*
13−06040−abf

v.

**Justin R. Reynolds**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment by Default is hereby entered in favor of Plaintiff, J. Kevin Checkett, Trustee Revoking the Discharge of Defendant, Justin R. Reynolds.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 9/27/13

Court to serve